# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| THE INDEPENDENCE PROJECT, INC. *a New Jersey Non-Profit Corporation* et al.    Plaintiff, | : : : : : : | Civil Action No. 14-6983(FLW) |
| v. | : : | **ORDER OF DISMISSAL** |
| MCDONALD'S CORPORATION   et al. *a Delaware Corporation*        Defendant, | : : : : : | |

It having been reported to the Court that the above-captioned action has been settled in its entirety;

IT IS on this  16th  day of  May, 2016;

ORDERED THAT:

(1) This action is hereby DISMISSED  without costs and without prejudice to the right, upon motion and good cause shown, within 60 days, to reopen this action if the settlement is not consummated; and

(2) If any party shall move to set aside this Order of Dismissal as provided in the first paragraph or pursuant to the provisions of Fed. R. Civ. P. 60(b), in deciding such motion the Court retains jurisdiction of the matter to the extent necessary to enforce the terms and conditions of any settlement entered into between the parties.

                                                                        s/Freda L. Wolfson  
                                                                        Freda L. Wolfson  
                                                                       United States District Judge